UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETRO HOLDINGS, INC. and<br>PETROLEUM HEAT AND POWER CO., INC.,<br>    Plaintiffs,<br><br>v.<br><br>CRUM & FORSTER INDEMNITY COMPANY,<br>UNITED STATES FIRE INSURANCE COMPANY and<br>THE NORTH RIVER INSURANCE COMPANY<br>    Defendants | CIVIL ACTION<br>NO. 05-CV-11222-MEL |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendants, Crum & Forster Indemnity Company ("Crum & Forster"), United States Fire Insurance Company ("U.S. Fire") and The North River Insurance Company ("North River"), submit the following as their Corporate Disclosure Statement.

### Crum & Forster Indemnity Company

Crum & Forster Indemnity Company, a Delaware corporation, is a wholly owned subsidiary of Crum & Forster Holding Inc. (Delaware), which in turn is a wholly owned subsidiary of Crum & Forster Holdings Corp. (Delaware), which is a wholly owned subsidiary of Fairfax Inc. (Wyoming), which is a wholly owned subsidiary of FFHL Group Ltd. (Canada), which is a wholly owned subsidiary of Fairfax Financial Holdings Limited (Canada). Fairfax Financial Holdings Limited is the ultimate parent, and the only company that is publicly traded (on the New York Stock Exchange).

**United States Fire Insurance Company**

United States Fire Insurance Company, a Delaware corporation, is a wholly owned subsidiary of Crum & Forster Holding Inc. (Delaware), which in turn is a wholly owned subsidiary of Crum & Forster Holdings Corp. (Delaware), which is a wholly owned subsidiary of Fairfax Inc. (Wyoming), which is a wholly owned subsidiary of FFHL Group Ltd. (Canada), which is a wholly owned subsidiary of Fairfax Financial Holdings Limited (Canada). Fairfax Financial Holdings Limited is the ultimate parent, and the only company that is publicly traded (on the New York Stock Exchange).

**The North River Insurance Company**

The North River Insurance Company, a New Jersey corporation, is a wholly owned subsidiary of Crum & Forster Holding Inc. (Delaware), which in turn is a wholly owned subsidiary of Crum & Forster Holdings Corp. (Delaware), which is a wholly owned subsidiary of Fairfax Inc. (Wyoming), which is a wholly owned subsidiary of FFHL Group Ltd. (Canada), which is a wholly owned subsidiary of Fairfax Financial Holdings Limited (Canada). Fairfax Financial Holdings Limited is the ultimate parent, and the only company that is publicly traded (on the New York Stock Exchange).

Respectfully Submitted,
The Defendants,
Crum & Forster Indemnity Company,
United States Fire Insurance Company and
The North River Insurance Company
By their attorneys,

_____
Clark W. Yudysky, BBO#: 538210
Toomey & Yudysky LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Of Counsel:
Christopher R. Carroll
Carroll, McNulty & Kull L.L.C.
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300
(908) 848-6310 Fax

## CERTIFICATE OF SERVICE

    I, Clark W. Yudysky, counsel for the Defendants, Crum & Forster Indemnity Company, United States Fire Insurance Company and The North River Insurance Company, do hereby certify that I served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

                            Francis M. Lynch, Esquire
                          Matthew P. Zayotti, Esquire
                             KEEGAN WERLIN LLP
                                265 Franklin Street
                                Boston, MA 02110

Date: 7/29/05          Attorney: _____

bmd 63758.1 7/28/05