UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETRO HOLDINGS, INC. and )
PETROLEUM HEAT and POWER CO., INC. )
)
     Plaintiffs, )   Civil Action No.: 05-cv-11222-MEL
vs. )
)
)   **CERTIFICATION OF**
)   **CHRISTOPHER R. CARROLL**
CRUM & FORSTER INDEMNITY )   **IN SUPPORT OF MOTION FOR LEAVE**
COMPANY, UNITED STATES FIRE )   **TO APPEAR PRO HAC VICE**
INSURANCE COMPANY and THE NORTH )
RIVER INSURANCE COMPANY )
)
     Defendant. )
)

    I declare that the following facts are true, to the best of my knowledge, information and belief:

1.    My full name is Christopher R. Carroll.

2.    I practice under the following firm name:

     Name:     CARROLL, McNULTY & KULL L.L.C.

     Address:   120 Mountain View Boulevard, P.O. Box 650, Basking Ridge, New Jersey 07920

     Telephone:   (908) 848-6300

     Fax:      (908) 848-6310

     Email address: ccarroll@cmk.com

3.    I have been admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| New Jersey | 1994 |

| | |
|---|---|
| New York | 1992 |
| United States District Court<br>District Court of New Jersey | 1994 |
| United States District Court<br>Southern District of New York | 1996 |
| United States District Court<br>Eastern District of New York | 1996 |
| United States Court of Appeals<br>Fourth Circuit | 1996 |

My bar number is CRC0300 for the federal courts of New York and New Jersey, and 2462505 for the State of New York.

I have also been admitted pro hac vice in federal district court in the District of Columbia, state and federal court in Maryland, and state court in Pennsylvania, Illinois, Texas, Florida, Virginia, and Louisiana.

4. Clark W. Yudysky, Esquire, Toomey & Yudysky, LLP, 99 Summer Street, Boston, Massachusetts, has been retained as local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member. Attached hereto is a Certificate of Good Standing from the New Jersey and New York.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

11. I am familiar with the Local Rules of the United States District Court, District of Massachusetts.

I declare under the penalty of perjury, signed under penalty of perjury in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 28th day of July, 2005 in Basking Ridge, New Jersey.

CARROLL, McNULTY & KULL L.L.C.

By: _____
Christopher R. Carroll *(pro hac vice)*
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Tel: (908) 848-6300
Fax: (908) 848-6310
ccarroll@cmk.com

ATTORNEYS FOR DEFENDANTS
UNITED STATES FIRE INSURANCE
COMPANY, THE NORTH RIVER INSURANCE
COMPANY and CRUM & FORSTER
INDEMNITY COMPANY

bmd 63120.1  7/7/05

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CHRISTOPHER R CARROLL** (No. **024481993**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1993** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **July**, 20 **05**

*Clerk of the Supreme Court*

-453a-



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Christopher Robert Carroll** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **19 th** day of **February 1992** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 27, 2005**

*James Edward Pelzer*
Clerk