UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETRO HOLDINGS, INC. and<br>PETROLEUM HEAT and POWER CO., INC.<br><br>Plaintiffs,<br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY<br><br>Defendant. | Civil Action No.: 05-cv-11222-MEL<br><br>**CERTIFICATION<br>OF JAMES W. GUNSON<br>IN SUPPORT OF MOTION FOR LEAVE<br>TO APPEAR PRO HAC VICE** |

I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is James William Gunson.

2. I practice under the following firm name:

    Name:    CARROLL, McNULTY & KULL L.L.C.

    Address:    120 Mountain View Boulevard, P.O. Box 650, Basking Ridge, New Jersey 07920

    Telephone:    (908) 848-6300

    Fax:    (908) 848-6310

    Email address: jgunson@cmk.com

3. I have been admitted to practice in the following courts:

    | Court | Date of Admission |
    |---|---|
    | New Jersey | 1995 |

|  |  |
|---|---|
| Maine | 1996 |
| United States District Court District Court of New Jersey | 1995 |

My bar number is JWG1828 for the federal court of New Jersey, and 008256 for the State of Maine.

I have also been admitted pro hac vice in federal district court in the District of Columbia, and the District of Puerto Rico, as well as state court in Maryland, the Commonwealth of Massachusetts, and the State of New York.

4. Clark W. Yudysky, Esquire, Toomey & Yudysky, LLP, 99 Summer Street, Boston, Massachusetts, has been retained as local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member. Attached hereto is a Certificate of Good Standing from the New Jersey and Maine.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

11. I am familiar with the Local Rules of the United States District Court, District of Massachusetts.

I declare under the penalty of perjury, signed under penalty of perjury in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 28th day of July, 2005 in Basking Ridge, New Jersey.

                                      CARROLL, McNULTY & KULL L.L.C.

By: _____
James W. Gunson (pro hac vice)
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Tel: (908) 848-6300
Fax: (908) 848-6310
ccarroll@cmk.com

ATTORNEYS FOR DEFENDANTS
UNITED STATES FIRE INSURANCE
COMPANY, THE NORTH RIVER INSURANCE
COMPANY and CRUM & FORSTER
INDEMNITY COMPANY

bmd 63123.1 7/7/05

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JAMES WILLIAM GUNSON** (No. **018251995**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1995** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **July**, 20 **05**

*Clerk of the Supreme Court*

-453a-

STATE OF MAINE

CUMBERLAND, SS      SUPREME JUDICIAL COURT

I, GAIL MERRITT ADMIN., CLERK OF ALL THE JUDICIAL COURTS WITHIN THE COUNTY OF CUMBERLAND, HEREBY CERTIFY THAT ON THE 13TH DAY OF MAY A.D., 1996, IN THE SUPREME JUDICIAL COURT HOLDEN AT PORTLAND, WITHIN AND FOR THE COUNTY OF CUMBERLAND AND STATE OF MAINE, SAID COURT BEING THE HIGHEST COURT OF RECORD IN SAID STATE:

JAMES WILLIAM GUNSON OF BASKING RIDGE, NEW JERSEY BEING FOUND DULY QUALIFIED IN THAT BEHALF, HAVING TAKEN AND SUBSCRIBED THE OATH REQUIRED BY LAW, WAS ADMITTED TO PRACTICE AS AN ATTORNEY, AND BY VIRTUE THEREOF AS A COUNSELLOR AT LAW IN ALL THE COURTS OF SAID STATE OF MAINE, AND IS NOW A RECOGNIZED ATTORNEY AND COUNSELLOR AT LAW IN SAID COURTS, IN GOOD STANDING.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT, THIS 11TH DAY OF JULY IN THE YEAR OF OUR LORD TWO THOUSAND AND FIVE.

*Gail L. Merritt* ADMIN., CLERK