UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11222-MEL

PETRO HOLDINGS, INC., ET AL.,    )
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )
CRUM & FORSTER INDEMNITY         )
COMPANY, ET AL.,                 )
                                 )
        Defendants.              )

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(a), the Plaintiffs state that Petroleum Heat and Power Co., Inc. is a wholly-owned subsidiary of Petro Holdings, Inc., which in turn is a wholly-owned subsidiary of Star/Petro, Inc., which in turn is a subsidiary of Star Gas Partners, L.P. The ultimate parent, Star Gas Partners, L.P. is publicly held and owns 10% or more of the stock of Star/Petro, Inc.

PLAINTIFFS PETRO HOLDINGS, INC.
AND PETROLEUM HEAT AND POWER
CO., INC.

By their attorneys,

_____
Francis M. Lynch, BBO #308750
Matthew P. Zayotti, BBO #638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 15, 2005