UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11222-MEL

|  |  |
|---|---|
| PETRO HOLDINGS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CRUM & FORSTER INDEMNITY COMPANY, ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Steven Everson, as the authorized representative for the Plaintiffs, Petro Holdings, Inc. and Petroleum Heat and Power Co., Inc., and their undersigned counsel, hereby certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

PETRO HOLDINGS, INC. AND
PETROLEUM HEAT AND POWER CO.,
INC.

By: _____
    Steven Everson

_____
Francis M. Lynch, BBO #308750
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 15, 2005