UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11222-MEL

| | |
|---|---|
| PETRO HOLDINGS, INC. and PETROLEUM HEAT AND POWER CO., INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and THE NORTH RIVER INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the Parties hereby propose the following agenda for the Scheduling Conference and Joint Discovery Plan and Schedule for filing motions:

I.  **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

   The Parties' proposed joint discovery plan and schedule for dispositive motions.

   The Defendants do not consent to trial by Magistrate Judge.

II. **PROPOSED JOINT DISCOVERY PLAN AND SCHEDULE FOR DISPOSITIVE MOTIONS**

   A.  September 22, 2005: The parties shall make initial disclosures pursuant to Rule 26 on or before this date;

   B.  December 30, 2005: All motions to amend the pleadings shall be filed on or before this date;

   C.  May 22, 2006: All discovery, including depositions of non-expert witnesses shall be completed on or before this date;

D. July 22, 2006: The Plaintiffs shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date;

E. September 1, 2006: The Defendants shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date;

F. September 30, 2006: Expert witness depositions, if any, shall commence;

G. October 31, 2006: Close of discovery;

H. January 1, 2007: Dispositive motions to be filed, with oppositions to be filed by January 31, 2007; and

I. March 1, 2007: Final Pretrial Conference and Trial Date to be set by the Court.

III. **CERTIFICATION BY COUNSEL**

All parties will consider ADR at an appropriate future time and will separately file certifications pursuant to Local Rule 16.1(D)(3) on or before the date of the Scheduling Conference.

| | |
|---|---|
| PLAINTIFFS PETRO HOLDINGS, INC., and PETROLEUM HEAT AND POWER CO., INC. | DEFENDANTS CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY AND THE NORTH RIVER INSURANCE COMPANY |
| By their attorneys, | By their attorneys, |
| Francis M. Lynch, BBO #308750<br>Matthew P. Zayotti, BBO #638265<br>Keegan Werlin LLP<br>265 Franklin Street<br>Boston, MA 02110<br>(617) 951-1400 | Clark W. Yudysky, BBO #538210<br>Toomey & Yudysky LLP<br>99 Summer Street<br>Boston, Massachusetts 02110<br>(617) 946-0930 |

Of Counsel:

Christopher R. Carroll
James W. Gunson
Carroll, McNulty & Kull L.L.C.
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-6300

Dated: August 15, 2005