UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETRO HOLDINGS, INC. and <br> PETROLEUM HEAT AND POWER CO., INC., <br>    Plaintiffs, <br><br> v. <br><br> CRUM & FORSTER INDEMNITY COMPANY, <br> UNITED STATES FIRE INSURANCE COMPANY and <br> THE NORTH RIVER INSURANCE COMPANY <br>    Defendants | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION <br> )    NO. 05-CV-11222-MEL <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS, CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**

The Defendants, Crum & Forster Indemnity Company, United States Fire Insurance Company and The North River Insurance Company, together with their attorneys hereby certify as follows:

1. That they have conferred with a view towards establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                        Respectfully Submitted,
                                        The Defendants,
                                        Crum & Forster Indemnity Company,
                                        United States Fire Insurance Company and
                                        The North River Insurance Company
                                        By their attorneys,

                                        _/s/ Clark W. Yudysky_____
                                        Clark W. Yudysky, BBO#: 538210
                                        Toomey & Yudysky LLP
                                        99 Summer Street
                                        Boston, MA 02110
                                        (617) 946-0930

Date: _8/19/05_____

Of Counsel:

_____
Christopher R. Carroll
James W. Gunson
Carroll, McNulty & Kull L.L.C.
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300


Crum & Forster Indemnity Company
By:

_____


United States Fire Insurance Company
By:

_____


The North River Insurance Company
By:

_____

## CERTIFICATE OF SERVICE

I, Clark W. Yudysky, counsel for the Defendants, Crum & Forster Indemnity Company, United States Fire Insurance Company and The North River Insurance Company, do hereby certify that I served a copy of the foregoing **DEFENDANTS, CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

>Francis M. Lynch, Esquire
>Matthew P. Zayotti, Esquire
>KEEGAN WERLIN LLP
>265 Franklin Street
>Boston, MA 02110

Date: 8/18/05            Attorney: [signature]

bmd  64340.1  8/11/05