UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11222-MEL

| | |
|---|---|
| PETRO HOLDINGS, INC. and PETROLEUM HEAT AND POWER CO., INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and THE NORTH RIVER INSURANCE COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL**

Plaintiffs, Petro Holdings, Inc. and Petroleum Heat and Power Co., Inc. and

Defendants, Crum & Forster Indemnity Company, United States Insurance Company and

The North River Insurance Company, by their attorneys, pursuant to F.R. Civ.P., Rule 41,

hereby agree and stipulate that this action be dismissed with prejudice and without costs.

PLAINTIFFS PETRO HOLDINGS, INC.,
and PETROLEUM HEAT AND POWER
CO., INC.

By their attorneys,

_____
Francis M. Lynch, BBO #308750
Matthew P. Zayotti, BBO #638265
Keegan Werlin LLP
265 Franklin Street
Boston, MA 02110
(617) 951-1400

DEFENDANTS CRUM & FORSTER
INDEMNITY COMPANY, UNITED
STATES FIRE INSURANCE COMPANY
AND THE NORTH RIVER INSURANCE
COMPANY

By their attorneys,

_____
Clark W. Yudysky, BBO #538210
Toomey & Yudysky LLP
99 Summer Street
Boston, Massachusetts 02110
(617) 946-0930

DEFENDANTS CRUM & FORSTER
INDEMNITY COMPANY, UNITED
STATES FIRE INSURANCE COMPANY
AND THE NORTH RIVER INSURANCE
COMPANY

By their attorneys,

_____
James W. Gunson
Carroll, McNulty & Kull L.L.C.
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-6300


Dated: ~~January~~ *February 24,* __ 2006

2

## CERTIFICATE OF SERVICE

I, Clark W. Yudysky, counsel for the Defendants, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: ___2/22/06___                    Attorney: _____